O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-3265-AHM (SHx) | Date | December 22, 2008 |
|---|---|---|---|
| Title | MILLIE OGDEN v. FORTRESS GROUP, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas Ogden | No Appearance |

**Proceedings:**   APPLICATION FOR DEFAULT JUDGMENT [21, 23]

Cause called; appearances made.  No appearance by any defendant.

After questioning counsel and for reasons and findings stated on the record, the Court grants plaintiff's application for default judgment with a 25% reduction in the amount of attorney's fees awarded resulting in an attorney's fee award of $24,500. Judgment to issue.

|  | : | 04 |
|---|---|---|
| | Initials of Preparer | SMO |