O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3265 AHM (SHx) | Date | July 12, 2010 |
|---|---|---|---|
| Title | MILLIE OGDEN v. FORTRESS GROUP, USA, *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Having received Plaintiff's response to the Court's July 1, 2010 Order to Show Cause, the Court VACATES its June 10, 2010 Order of Civil Contempt and Confinement.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

cc: **USMO**