Thomas Ogden (232678)
1108 W. Valley Blvd. 6-862
Alhambra, CA 91803
Thomas@OgdenTaxLaw.com
t. (626)344.8270
Attorney for Plaintiff Millie Ogden

U.S. District Court, Central District of California (Western)

| | |
|---|---|
| Millie Ogden, | Case No. 2:08-cv-03265 AHM (SHx) |
| Plaintiff, | [~~PROPOSED~~] RENEWAL OF JUDGMENT |
| vs. | |
| John Doe. | |
| Defendants | |

**1.** Based on the Judgment Creditor, Millie Ogden's *Application for and Renewal of Judgment* (Dkt. 87) a renewal of judgment is entered by the Clerk as detailed below against Judgment Debtors:

    **a.** Roger Clark;
    **b.** Fortress Group USA, LLC; and,
    **c.** CRM Investors, Inc.

**2.** Millie Ogden's current address is:

    c/o Thomas Ogden, Esq.
    1108 W. Valley Blvd. #6-862
    Alhambra, CA 91803

**3.** Renewal of Judgment is entered under California Code of Civil Procedure secs. 683.130 &683.140 as incorporated by federal law and the Federal Rules of Civil Procedure R. 69.

**4.** All Judgment Debtors appeared in this matter under the same last known address of 4100 Emma Ave. SW, Wyoming, MI 49509.

**5.** The original judgment in this matter was entered under Case No. 2:08-cv-03265 AHM (SHx) on December 23, 2008.

**6.** The annual interest rate applicable to the original judgment is 0.44%. The interest rate is based on the Federal Reserve Board of Governor's published weekly average of the 1-year constant maturity Treasury yield as calculated on December 15, 2008, which was the calendar week preceding when the original judgment was entered. 28 U.S.C. sec. 1961(a).

**7.** The daily interest rate applicable to the original judgment is 0.0000121%. Interest accrued to dates of payment under the applicable daily rate multiplied by the outstanding amount owed on the original judgment. The amount owed on the original judgment was then reduced by credits upon payment. Interest then accrued on the reduced amount at the daily interest rate. Interest then compounded annually on amounts remaining and owed on the original judgment. 28 U.S.C. sec. 1961(b).

8. The renewed money judgment is calculated as follows:

    a. Total Judgment                                 $324,500.00
    b. Costs after Judgment                         $      0.00
    c. Subtotal (a + b)                               $324,500.00

    _____

    d. Credits after judgment                      $ 17,803.56
    e. Subtotal (subtract d from c)             $306,696.44

    _____

    f. Interest after judgment                    $ 13,900.60
    g. Fee                                              $      0.00

    **h. Total Renewed Judgment
       (add, e, f, and g)**                            **$320,597.04**

    The renewed judgment is now entered by the Clerk for **$320,597.04** against the Judgment Debtors.

Seal                                                       Clerk, by

*Yvette Louis*

Date: 12/20/2018